**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TAMMY LENZY, | ) | |
| on behalf of herself and the class | ) | |
| members described below, | ) | 11-cv-1459 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge William J. Hibbler |
| vs. | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| LEADING EDGE RECOVERY | ) | |
| SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT REPORT OF THE PARTIES

Plaintiff Tammy Lenzy represented by counsel from Edelman, Combs, Latturner & Goodwin, LLC and Defendant Leading Edge Recovery Solutions, LLC represented by counsel from Hinshaw & Culbertson LLP hereby submit this joint report pursuant to Fed. R. Civ. P. 26(f). The parties have met and conferred for the purposes of preparing the following proposed schedule. The Court has set a scheduling conference on April 26, 2011 at 9:30 a.m. The parties state as follows:

1. **Pre-trial Schedule**. The parties jointly propose to the Court the following discovery plan:

      a. <u>Nature of the Claims</u>: Plaintiff filed this action to secure redress from the credit and collection practices engaged in by defendant. Plaintiff alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA"). Defendant denies any and all liability.

      b. <u>Rule 26a(1) Disclosures</u>: Both parties by May 26, 2011.

      c. <u>Fact Discovery</u>: cutoff set for January 31, 2012.

d. <u>Expert Discovery:</u> The parties propose that reports from retained experts under Rule 26(a)(2) be due from plaintiff by February 15, 2012 and defendants by March 15, 2012; that rebuttal reports be due by April 1, 2012; depositions of plaintiff's experts be completed by April 21, 2012 and depositions of defendant's experts be completed by May 15, 2012.

e. <u>Disclosure of Electronically Stored Information:</u>  The parties have agreed to produce electronically stored information either on a portable format such as CD, or as a hard copy as an initial matter. Once the parties have had the opportunity to review the hard copies, the parties agree to confer amongst themselves to determine if any additional exchange or production is needed in electronic format.

f. <u>Dispositive Motions:</u>  Motions for summary judgment and supporting memorandum due June 29, 2012. Response due July 30, 2012 and Reply due August 13, 2012.

g. <u>Motion for Class Certification:</u>  Plaintiff filed a motion for class certification on March 2, 2011 based on her original complaint which alleged claims under both the FDCPA and TCPA.  [Dkt. No. 7]  The parties have resolved the FDCPA and ICAA claims, and therefore, Plaintiff has filed an amended complaint alleging violations of the TCPA alone.  Plaintiff intends to withdraw her original motion for class certification and file an amended motion for class certification of the TCPA class.  Plaintiff will file the amended motion for class certification by May 10, 2011.

h. <u>Trial:</u>  The parties would request that after the briefing of dispositive motions are complete a status be scheduled to set a trial date.

2.     **Settlement**.  There have been no substantive discussions of settlement of this matter.

3.     **Consent**.  The parties do not unanimously consent to proceed before a Magistrate Judge.

Respectfully Submitted,

s/  *John P. Ryan*
Clifford E. Yuknis
David M. Schultz
John P. Ryan
One of the Attorneys for Defendant
Hinshaw & Culbertson LLP
222 N. LaSalle St., #300
Chicago, IL  60601


s/ *Cassandra P. Miller*
Daniel A. Edelman
Cassandra P. Miller
One of the Attorneys for Plaintiff
Edelman, Combs, Latturner & Goodwin, L.L.C.
120 S. LaSalle Street, 8th Floor
Chicago, IL  60603

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on April 22, 2011, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via email:

Clifford E. Yuknis (cyuknis@hinshawlaw.com)
David M. Schultz (dschultz@hinshawlaw.com)
John P. Ryan (jryan@hinshawlaw.com)


s/ *Cassandra P. Miller*

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)