**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TAMMY LENZY, | ) | |
| on behalf of herself and the class | ) | |
| members described below, | ) | 11-cv-1459 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge William J. Hibbler |
| vs. | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| LEADING EDGE RECOVERY | ) | |
| SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Tammy Lenzy, through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve this entire matter.  Plaintiff hereby requests that this Court strike all pending dates. The case is currently set for  status on August 10, 2011 at 9:30am.  Plaintiff expects to complete the settlement and file a Stipulation to Dismiss within the next 30 days.

                      Respectfully submitted,

                      s/ Cassandra P. Miller
                      Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on August 9, 2011, a copy of the foregoing document was filed electronically using the Court's CM/ECF system which sent notification of such filing to the following parties via electronic mail:

Clifford E. Yuknis
David M. Schultz
John P. Ryan
Hinshaw & Culbertson LLP
222 N. LaSalle St., #300
Chicago, IL  60601

                                              s/ Cassandra P. Miller
                                              Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)