**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TAMMY LENZY, | ) | |
| on behalf of herself and the class | ) | |
| members described below, | ) | 11-cv-1459 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge William J. Hibbler |
| vs. | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| LEADING EDGE RECOVERY | ) | |
| SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) , Plaintiff Tammy Lenzy, and Defendant Leading Edge Recovery Solutions, LLC, hereby stipulate to the dismissal of the individual claims asserted in the First Amended Complaint [Dkt. No. 20] with prejudice, and the claims of the class members against Defendant, without prejudice.

Respectfully submitted,

| | |
|---|---|
| s/ Cassandra P. Miller | s/ Clifford E. Yuknis |
| Daniel A. Edelman | Clifford E. Yuknis |
| Cathleen M. Combs | David M. Schultz |
| James O. Latturner | John P. Ryan |
| Cassandra P. Miller | Hinshaw & Culbertson LLP |
| EDELMAN, COMBS, LATTURNER | 222 N. LaSalle St., #300 |
| & GOODWIN, LLC | Chicago, IL  60601 |
| 120 S. LaSalle Street, Suite 1800 | *(Counsel for Defendant)* |
| Chicago, Illinois  60603 | |
| *(Counsel for Plaintiff)* | |

**CERTIFICATE OF SERVICE**

  I, Cassandra P. Miller, hereby certify that on September 9, 2011, a copy of the foregoing document was filed electronically using the Court's CM/ECF system which sent notification of such filing to the following parties via electronic mail:

Clifford E. Yuknis
David M. Schultz
John P. Ryan
Hinshaw & Culbertson LLP
222 N. LaSalle St., #300
Chicago, IL 60601

               s/ Cassandra P. Miller
               Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)